UNITED STATES DISTRICT COURT

Northern District of California

FIRST CALIFORNIA REALTY,   No. C 12-03965 MEJ

        Plaintiff,   **ORDER OF REFERRAL**

  v.

MARIE MINICHINO,

        Defendant.
_____/

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Edward M. Chen for the purpose of considering whether it is related to the following case: *Marie Minichino v. First California Realty, et al.*, C-11-5185 EMC.

**IT IS SO ORDERED.**

Dated: July 31, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge